IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| DENISE TRLICA, JESSICA HINTON, JOANNA KRUPA, KATARINA VAN DERHAM, ROSIE ROFF, and GEMMA LEE FARRELL,<br><br>Plaintiffs,<br><br>vs.<br><br>ENTERTAINMENT TONITE L.C.,<br><br>Defendant. | 3:22-CV-00026-SMR-HCA<br><br><br>ORDER CANCELING ALL DEADLINES AND HEARINGS AND FOR CLOSING DOCUMENTS |

The parties have notified the Court that a settlement agreement has been reached as of February 9, 2023. Accordingly, all deadlines and hearings are canceled.

Closing documents shall be filed by March 27, 2023. If no closing documents are filed, pursuant to LR 41(c) the Court may order dismissal of this action without further notice. Within 60 days of a dismissal order, either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

IT IS SO ORDERED.

DATED February 10, 2023.

Helen C. Adams
Chief U.S. Magistrate Judge